**Order entered August 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00658-CV

### JAY SANDON COOPER, Appellant

### V.

### THE BANK OF NEW YORK MELLON TRUST CO., Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-06869**

## ORDER

Before the Court is appellant's August 6, 2013 motion to reset the briefing deadlines. Only a small portion of the reporter's record has been filed. On May 31, 2013, appellant requested the reporter's record from the trial held on July 30, 2012 through August 1, 2012. As of today's date, the requested reporter's record has not been filed.

Appellant filed an affidavit of indigence in the trial court on April 22, 2013. Appellant's affidavit of indigence was not contested. Accordingly, appellant is allowed to proceed without advance payment of cost.

We **GRANT** appellant's motion. We **ORDER** Deana Savage, Official Court Reporter for the 95th Judicial District Court of Dallas County, Texas, to file the reporter's record from the trial **WITHIN 30 DAYS OF THE DATE OF THIS ORDER**.

Appellant's brief will be due thirty days after the reporter's record is filed.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Deana Savage, appellant, and counsel for appellee.

/s/      ELIZABETH LANG-MIERS
           JUSTICE